UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 APR 15 PM 3:00

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-54133 |
| | ) | |
| SECRET AESTHETICS, INC. | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| (Secured Claim) (Paid Per Order) | Fifth Third Bank PO Box 630778 Cincinnati, OH 45263 | $2,500.00 | $2,500.00 |

2. My Trustee's check for $2,500.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: April 8, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 11005
receipt # 81403