# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-54133
Case Name: SECRET AESTHETICS, INC.
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*

                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Robert S. Thomas II | $ 1,710.80 | $ 312.96 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

**UST Form 101-7-TFR (9/1/2009)**



FILED 2010 AUG 25 PM 1:18 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

08-54133-mss    Doc 57    FILED 07/16/10    ENTERED 07/16/10 11:56:51    Page 12 of 15
08-54133-mss    Doc 63    FILED 08/25/10    ENTERED 08/25/10 14:01:17    Page 1 of 4

| | | | | |
|---|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | | $_____ |
| *Attorney for* | _____ | $_____ | | $_____ |
| *Accountant for* | _____ | $_____ | | $_____ |
| *Appraiser for* | _____ | $_____ | | $_____ |
| *Other* | _____ | $_____ | | $_____ |

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $995.50 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18 | Ohio Bureau of Workers' Compensation | $ 995.50 | $ 995.50 |
| 25 | TERRI FODOR | $ 0.00 | $ 0.00 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 98,019.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent.

    Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | IVOCLAR VIVADENT | $ 4,916.55 | $ 99.39 |
| 2 | GREATER CLEVELAND | $ 594.00 | $ 12.01 |
| 3 | FORM AND FUNCTION | $ 157.25 | $ 3.18 |
| 4 | HUBERT & HUBERT, INC. | $ 3,295.00 | $ 66.61 |
| 5 | MOUNTAIN DENTAL LABORATORY | $ 1,554.90 | $ 31.43 |
| 6 | SILCO FIRE PROTECTION COMPANY | $ 71.72 | $ 1.45 |
| 7 | JENSEN INDUSTRIES, INC. | $ 243.38 | $ 4.92 |
| 8 | DIAMOND DENTAL STUDIO | $ 2,496.03 | $ 50.46 |
| 9 | DISTILLATA | $ 214.06 | $ 4.33 |

UST Form 101-7-TFR (9/1/2009)

*plus next page*

| | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | BENCHMARK CASTINGS | $ 1,817.00 | $ 36.73 |
| 11 | ZIMMER DENTAL, INC. | $ 3,175.58 | $ 64.20 |
| 12 | TEXAS 10 MINUTE OIL & LUBE | $ 442.54 | $ 8.95 |
| 13 | Praxair Distribution Inc | $ 1,066.09 | $ 21.55 |
| 14 | Speedway SuperAmerica LLC | $ 5,725.46 | $ 115.74 |
| 15 | LEACH & DILLON DENTAL ALLOYS | $ 39,196.51 | $ 792.37 |
| 16 | AMERICANA DENTAL, INC. | $ 5,504.47 | $ 111.27 |
| 17 | De LAGE LANDEN FINANCIAL SERVICES INC | $ 10,508.37 | $ 212.43 |
| 19 | TANAKA DENTAL PRODUCTS | $ 495.53 | $ 10.02 |
| 20 | UNITED PARCEL SERVICE | $ 3,695.81 | $ 74.71 |
| 21 | Recovery Management Systems Corporation | $ 116.40 | $ (2.35) |
| 22 | DENTSPLY INTERNATIONAL INC | $ 663.16 | $ 13.41 |
| 23 | APPLE GROWTH PARTNERS | $ 12,070.00 | $ 244.00 |

*plus previous page*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

$16.23

Tardily filed general (unsecured) claims are as follows:

Claim Number    Claimant    Allowed Amt. of Claim    Proposed Payment

ck # 121
receipt # 81716

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**